IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No. 04-CR-153-B

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GERALD P. SMALL, III,

        Defendant.

_____

ORDER
_____

The defendant Gerald P. Small, III shall, on or before January 20, 2006, file all objections to the pre-sentence report and any sentencing statement. The Government shall file any response on or before February 3, 2006. The sentencing hearing shall occur on **Friday, March 3, 2006 at 10:00 A.M.**

Dated: December   20  , 2005, in Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge