IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No. 04-cr-00153-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GERALD P. SMALL, III,

        Defendant.
_____

## ORDER
_____

Upon Defendant's Motion to Extend Time Within Which to File the Sentencing Statement and Motion to Continue Sentencing (Doc 509 - filed May 4, 2007), it is

ORDERED that the Motion is GRANTED as follows:

1)    Defendant's sentencing statement is due **on or before July 6, 2007**; Government's response is due **on or before July 27, 2007**.

2)    The sentencing hearing set **June 15, 2007 is VACATED and RESET for August 31, 2007 at 2:00 p.m.**

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Chief Judge

DATED: May 7, 2007