IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00153-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GERALD SMALL,

        Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant's Unopposed Motion to Reschedule Status Conference (Doc 558 - filed March 17, 2008) is **GRANTED**.

     This will confirm that the status conference set **Friday, March 28, 2008 is VACATED and RESET for Friday, May 16, 2008 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. *Defendant's appearance is waived for this hearing.*

DATED:  March 21, 2008
_____