**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00153-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1.     GERALD P. SMALL, III,

       Defendant.

_____

**ORDER FOR SERVICE OF SUBPOENA**
_____

       This matter came before the Court on Defendant Gerald Small's Motion for Issuance of Subpoena in Forma Pauperis. The Court having reviewed the Motion, the file and being otherwise advised in the premises, hereby

       ORDERS that the motion be granted and that the clerk of court issue a subpoena in the form attached hereto as Exhibit A.

       IT IS FURTHER ORDERED that the U.S. Marshal make service of said subpoena on the witness without the prepayment of the fees and that the witness fees, mileage and subsistence of said witnesses be paid by the U.S. Marshal and taxed as costs in favor of the United States.

       DATED at Denver, Colorado, this __30th__ day of May, 2008.

                                BY THE COURT:

                                __s/Lewis T. Babcock__
                                Lewis T. Babcock, Judge