# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00153-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GERALD SMALL, III

    Defendant.

## ORDER GRANTING FIRST COLLATERAL'S UNOPPOSED
## MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on First Collateral's Unopposed Motion for Protective Order. The Court has reviewed the Motion and the file, and good cause appearing therefor, hereby grants the Motion and ORDERS:

    1.    The parties to this criminal proceeding shall treat as confidential the amounts of any consideration the parties exchanged to settle the parties' claims;

    2.    The parties to this criminal proceeding shall not include those amounts or any other terms and conditions of the settlement in any pleadings, unless absolutely necessary;

    3.    The Court will seal the same information to the extent that one of the parties seeks necessarily to include that information in any pleadings filed with the Court; and

4. The Court will close any portion of the Court proceedings in which those amounts are revealed.

DATED this  19th  day of June, 2008.

BY THE COURT:

  s/Lewis T. Babcock
United States District Court Judge